AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Eric A. Boden)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Kevin Brumskill<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 17-1340-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October 2, 2017** in the county of **Philadelphia** in the **Eastern** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 2113(a) | On or about October 2, 2017, in Philadelphia, in the Eastern District of Pennsylvania, defendant KEVIN BRUMSKILL knowingly and unlawfully, by force and violence, and by intimidation, took from an employee of Parke Bank, 1610 Spruce St., Philadelphia, PA, lawful currency of the United States, that is, approximately $3,290, belonging to, and in the care, custody, control, management and possession of Parke Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a). |

This criminal complaint is based on these facts:
See affidavit attached hereto.

☐ Continued on the attached sheet.

*Complainant's signature*

James F. Finnegan, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/03/2017

*Judge's signature*

City and state: Philadelphia, Pennsylvania    Elizabeth T. Hey, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James F. Finnegan, being duly sworn under oath and deposed, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Philadelphia, Pennsylvania Division, and have been so since June 2014. I have been a Special Agent with the FBI since February 2006. I am currently assigned to the Violent Crimes Task Force (VCTF) which investigates violations of Federal law, to include robberies of banks, robberies of businesses that affect interstate commerce (also known as Hobbs Act robberies), kidnappings, and fugitives. Previously, I was assigned to the Los Angeles Division of the FBI conducting investigations involving organized crime groups, Weapons of Mass Destruction cases and Domestic Terrorism matters.

2. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging KEVIN BRUMSKILL, date of birth: [redacted] with a violation of Title 18, United States Code, Sections 2113(a) (bank robbery).

3. On September 23, 2017, a lone black male robbed Parke Bank, located at 1032 Arch Street, Philadelphia, Pennsylvania. The suspect brandished a knife while demanding money from the teller and wore a black hooded sweatshirt, black pants and gold-rimmed sunglasses. The suspect took approximately $3,130.00 in United States Currency (U.S.C.). The suspect fled the robbery on foot and, as observed by law enforcement at a later time on surveillance video, an individual matching the appearance of the suspect shortly thereafter entered a taxicab bearing number: P-0435. The VCTF contacted the taxicab company, Get-A-Cab, and learned from the taxicab driver that the taxicab drove the suspect north to the vicinity of Worth and Wakeling Streets in the 15th Police District of Philadelphia. After the September 23, 2017 Parke Bank robbery, FBI distributed a flyer to all Philadelphia Police Department Officers

A-1

and Headquarters Units. That flyer listed biographical information for the suspect, including information, as follows:

SEX: Male; RACE: Black; AGE: Late 20s to early 30s; HEIGHT: 5'10"; BUILD: Thin. In addition, the flyer included four photographic stills from video surveillance of the suspect during the September 23, 2017 robbery. One of the stills was a close-up photograph of the suspect wearing gold-rimmed sunglasses and brandishing a knife.

4. On October 2, 2017, at approximately 12:34 p.m., a lone black male robbed Parke Bank, located at 1610 Spruce Street, Philadelphia, Pennsylvania. The suspect entered the bank and grabbed employee-victim DS by the right arm and stated: "You're not going anywhere" before leading DS to victim-teller TC. The suspect held a knife so as to make it visible to DS. Upon reaching the teller counter, the suspect demanded TC give him money, stating: "Give me all of your large." TC complied with the demand and gave the suspect $3,290.50 in U.S.C., some of which was banded by denomination and initialed by TC. The suspect then departed the bank and proceeded by foot east on Spruce Street toward Broad Street. Once the suspect left Parke Bank, TC and DS activated the bank alarm system and notified the police.

5. After the robbery, Philadelphia Police Department (PPD) officers responded to the crime scene for processing. Responding officers interviewed witnesses and viewed surveillance video of the October 2, 2017 robbery. The witnesses provided interviewing officers an initial description of the suspect. That description, a "Flash Description," was then broadcast city-wide over the PPD radio system. The Flash Description was as follows: black male, approximate height of 5'9", approximately 160 pounds, wearing a shiny orange shirt, black pants, and gold-rimmed sunglasses. The physical description, including approximate height and build, and the distinctive sunglasses, matched that of the suspect in the September 23, 2017

8. After the positive identification, the suspect was brought to FBI headquarters in Philadelphia where he was interviewed by Special Agents of the FBI. After being advised of his rights, the suspect, identified as KEVIN BRUMSKILL, signed an FD-395 Advice of Rights form waiving his right to have an attorney present during the interview and agreeing to answer law enforcement questions. BRUMSKILL then confessed to committing the robbery of Parke Bank located at 1610 Spruce Street, Philadelphia, PA, on October 2, 2017. BRUMSKILL further confessed to committing the following bank robberies:

   a. More Bank, 921 Arch Street, Philadelphia, PA on July 19, 2017.

   b. More Bank, 921 Arch Street, Philadelphia, PA on July 25, 2017.

   c. Abacus Federal Savings Bank, 147 N. 10th Street, Philadelphia, PA on September 9, 2017.

   d. Abacus Federal Savings Bank, 147 N. 10th Street, Philadelphia, PA on September 18, 2017.

   e. Parke Bank, 1032 Arch Street, Philadelphia, PA on September 23, 2017.

9. The deposits of Parke Bank, located at 1610 Spruce Street, Philadelphia, Pennsylvania, were at the time of the October 2, 2017 robbery of that branch, insured by the FDIC.

10. Because of the aforementioned facts, your affiant believes there is probable cause to charge KEVIN BRUMSKILL with the robbery of Parke Bank, located at 1610 Spruce Street, Philadelphia, Pennsylvania, on October 2, 2017, in violation of 18 United States Code Section 2113(a).

JAMES F. FINNEGAN
Special Agent
Federal Bureau of Investigation

Sworn to before me
this 3rd day of October, 2017

HONORABLE ELIZABETH T. HEY
*United States Magistrate Judge*